UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURETTA PERKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADESA US AUCTION, LLC et al.,<br><br>                    Defendant. | CASE NO. 2:24-cv-02097-LK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY FEDERAL ACTION PENDING COMPLETION OF THE ARBITRATION |

This matter comes before the Court on the parties' stipulated motion to stay this action pending the completion of arbitration. Dkt. No. 15. For the reasons explained below, the motion is granted.

Pro se plaintiff Lauretta Perkins filed this employment discrimination action in December 2024. Dkt. No. 5. In April 2025, Defendants informed Ms. Perkins that that her claims were covered by an arbitration agreement that she and Defendant ADESA had entered into in 2023, and Ms. Perkins subsequently agreed to submit her claims to arbitration pursuant to that agreement. Dkt. No. 15 at 2. The parties now wish to stay this action during the pendency of the arbitration.

Section 3 of the Federal Arbitration Act provides that the Court "shall on application of one of the parties stay the trial" of an action referable to arbitration under an arbitration agreement "until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration." 9 U.S.C. § 3. Here, the parties "agree that the claims asserted in Plaintiff's Complaint fall within the scope" of their arbitration agreement. Dkt. No. 15 at 2. The Court accordingly stays this action pending arbitration proceedings. *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.").

The Court GRANTS the parties' stipulated motion and STAYS this matter pending the completion of arbitration. Dkt. No. 15. The parties must file a joint status report within 30 days of the conclusion of the arbitration to notify the Court whether the matter can be dismissed or whether they seek to lift the stay.

Dated this 19th day of May, 2025.

*Lauren King*

Lauren King
United States District Judge