UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURETTA PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>ADESA US AUCTION, LLC et al.,<br><br>Defendants. | CASE NO. 2:24-cv-02097-LK<br><br>ORDER TO SHOW CAUSE |

  This matter comes before the Court sua sponte. Despite actively litigating in this action, Dkt. Nos. 17, 18, 20, Defendants are not properly before the Court because they are required to be—but are not—represented by counsel authorized to practice in this district.

  Business entities other than sole proprietorships must be represented by counsel and cannot proceed pro se. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel."). A business entity that is not represented by counsel may face "entry of default against the business entity as to any claims of other parties." LCR 83.2(b)(4). In addition, each corporate party, other than a sole proprietorship, must file a corporate disclosure statement. *See* LCR 7.1(a); *see also* Fed. R. Civ.

ORDER TO SHOW CAUSE - 1

P. 7.1(b) (disclosure statement due with party's "first appearance, pleading, petition, motion, response, or other request addressed to the court").

The Court recognizes that Defendants believe this case should be arbitrated. But Ms. Perkins has now filed two motions that demonstrate her desire to proceed here. Dkt. Nos. 17, 22. The Court cannot consider Defendants' responses to her motions if they are not properly before the Court.

Accordingly, Defendants must appear through counsel authorized to practice in this district and file their corporate disclosure statements.

Dated this 9th day of July, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2