UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURETTA PERKINS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADESA US AUCTION, LLC et al.,<br><br>                    Defendants. | CASE NO. 2:24-cv-02097-LK<br><br>ORDER LIFTING STAY |

This matter comes before the Court sua sponte. On May 16, 2025, Defendants filed a stipulated motion to stay this action in favor of arbitration. Dkt. No. 15. Because Defendants had not appeared at the time they filed the motion to stay, it was not properly before the Court. *See* Dkt. No. 24 (explaining that the Court cannot consider Defendants' filings before they have formally appeared). Although Defendants have now appeared, Dkt. No. 25, their earlier motions and responses were still procedurally improper.

For that reason, the Court VACATES its order granting the stipulated motion to stay, Dkt. No. 16, and lifts the stay in this case. Ms. Perkins' motion seeking reconsideration of the Court's

ORDER LIFTING STAY - 1

order staying the case is denied as moot. Dkt. Nos. 17, 19. Because Defendants have now appeared, the Court also DISCHARGES its order to show cause. Dkt. No. 24.

Dated this 18th day of July, 2025.

Lauren King
United States District Judge

ORDER LIFTING STAY - 2