UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURETTA PERKINS,<br><br>                      Plaintiff,<br>    v.<br><br>ADESA US AUCTION, LLC et al.,<br><br>                      Defendants. | CASE NO. 2:24-cv-02097-LK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

      This matter comes before the Court on the Court's order to show cause regarding service. Dkt. No. 27. On August 18, 2025, Ms. Perkins made two filings on the docket in response to the Court's order to show cause. Dkt. Nos. 30–31. Ms. Perkins's filings include a document entitled "Sheriff's Return of Service" from the Thurston County Sheriff's Office, declaring that it served "ADESA US AUCTION LLC ET AL/CARVANA C/O CSC" by personally leaving a copy of the Complaint and Summons with "ELLEN JONES," a "CUSTOMER SERVICE ASSOCIATE" at "300 DESCHUTES WAY SW STE 208 MC-CSC1 TUMWATER, WA 98501" on August 4, 2025. Dkt. No. 31 at 4.

ORDER DISCHARGING ORDER TO SHOW CAUSE - 1

The Washington Secretary of State Business Entity Search indicates that "CORPORATION SERVICE COMPANY," located at "300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501" is the registered agent for both Defendants. Business Search, https://ccfs.sos.wa.gov/#/BusinessSearch (last visited Aug. 20, 2025).[1] Washington permits service on a "registered agent" of "a company or corporation." Wash. Rev. Code § 4.28.080(9).

Considering the above, the Court finds that Ms. Perkins has made a prima facie showing of service under Wash. Rev. Code § 4.28.080(9), and accordingly DISCHARGES its order to show cause.

Dated this 21st day of August, 2025.

Lauren King
United States District Judge

---

[1] *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

ORDER DISCHARGING ORDER TO SHOW CAUSE - 2